IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIM. NO: 7:14-cr-21-HL |
| : | |
| v. : | VIOLATIONS: |
| : | 18 U.S.C. § 1029 |
| EDUARDO RODRIGUEZ MARTINEZ : | 18 U.S.C. § 2 |
| GUSTAVO HERNANDEZ CORONA : | 18 U.S.C. § 982(a)(2)(B) |
| AQUILES ALVAREZ VALDES : | 18 U.S.C. § 1029(c)(1)(C) |
| ANTONIO HERNANDEZ-VILAR : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**(Possession of Unauthorized Access Devices)**

That on or about May 9, 2014, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants,

**EDUARDO RODRIGUEZ MARTINEZ,
GUSTAVO HERNANDEZ CORONA,
AQUILES ALVAREZ VALDES, and
ANTONIO HERNANDEZ-VILAR,**

aided and abetted by one another and by others, both known and unknown to the Grand Jury, did, knowingly and with the intent to defraud, possess more than fifteen (15) unauthorized access devices, that is, credit and debit card numbers belonging to others which had been encoded on credit and/or debit cards embossed with the names of Gustavo H Corona, Antonio Hernandez, and Aquiles A Valdes, said possession affecting interstate and foreign commerce, in that the credit and debit card numbers were obtained outside the State of Georgia and were on accounts with banks transacting business in interstate and foreign commerce. All in violation of Title 18, United States Code, Section 1029(a)(3), and Title 18, United States Code, Section 2.

## COUNT TWO
### (Possession of Device-Making Equipment)

That on or about May 9, 2014, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants,

**EDUARDO RODRIGUEZ MARTINEZ,**
**GUSTAVO HERNANDEZ CORONA,**
**AQUILES ALVAREZ VALDES, and**
**ANTONIO HERNANDEZ-VILAR,**

aided and abetted by one another and by others, both known and unknown to the Grand Jury, knowingly with the intent to defraud, had control and custody of and possessed device-making equipment, that is a Magnetic Card Reader/Writer, Model MSR605, Serial number A514016413, said custody and control and possession affecting interstate and foreign commerce, in that the Magnetic Card Reader was manufactured outside the State of Georgia and had been shipped and transported in interstate and foreign commerce and was used to encode on credit and debit cards account numbers which were obtained outside the State of Georgia and were on accounts with banks transacting business in interstate and foreign commerce. All in violation of Title 18, United States Code, Section 1029(a)(4), and Title 18, United States Code, Section 2.

## COUNT THREE
### (Production of Counterfeit Access Device)

That on or about May 9, 2014, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendants,

**EDUARDO RODRIGUEZ MARTINEZ,**
**GUSTAVO HERNANDEZ CORONA,**
**AQUILES ALVAREZ VALDES, and**
**ANTONIO HERNANDEZ-VILAR,**

aided and abetted by one another and by others, both known and unknown to the Grand Jury, knowingly with the intent to defraud, produced one or more counterfeit access devices, that is, twenty (20) credit and debit cards embossed with the name of Gustavo H Corona and various account numbers, twenty-two (22) credit and debit cards embossed with the name of Antonio Hernandez and various account numbers, and ten (10) credit and debit cards embossed with the name of Aquiles A Valdez and various account numbers, all of which had been encoded on the magnetic strips of the cards with credit and debit card numbers which belonged to other people and which were different from the account number embossed on the cards, said possession affecting interstate and foreign commerce, in that the credit and debit card numbers were obtained outside the State of Georgia and were on accounts with banks transacting business in interstate and foreign commerce. All in violation of Title 18, United States Code, Section 1029(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE
### (18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 1029(c)(1)(C), and 28 U.S.C. 2461(c)-Criminal Forfeiture)

1.   The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1029 set forth in Counts One through Three of this Indictment, the defendant(s),

EDUARDO RODRIGUEZ MARTINEZ,
GUSTAVO HERNANDEZ CORONA,
AQUILES ALVAREZ VALDES, and
ANTONIO HERNANDEZ-VILAR,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and/or any personal property used or intended to be used to commit the offense(s), pursuant to Title 18, United States Code, Section 1029(c)(1)(C). The property to be forfeited includes, but is not limited to:

### FINANCIAL INSTRUMENTS (GIFT CARDS AND PREPAID CARDS)

1.) Fifty-Two (52) American Express Gift Cards, containing a monetary amount between $0-$100, for the following account numbers:

1. 374327671070519;
2. 374327670927230;
3. 374327675870518;
4. 374327675570514;
5. 374327544284198;
6. 374327670327233;
7. 374327671527237;
8. 374327671478555;
9. 374327475516592;
10. 374327475486986;
11. 374327671178551;
12. 374327546066916;

13. 374327546508255;

14. 374327587037305;

15. 374327544404366;

16. 374327547108253;

17. 374327544023349;

18. 374327544323343;

19. 374327544923340;

20. 374327541923343;

21. 374327547811849;

22. 374327671370513;

23. 374327671227234;

24. 374327670278550;

25. 374327544623346;

26. 374327441948572;

27. 374327476686980;

28. 374327445628139;

29. 374327470524633;

30. 374327470459301;

31. 374327470633426;

32. 374327470759304;

33. 374327445712222;

34. 374327671827231;

35. 374327671778558;

36. 374327544704369;

37. 374327442168717;

38. 374327625436105;

39. 374327628947934;

40. 374327629017695;

41. 374327624639329;

42. 374327625539320;

43. 374327624939323;

44. 374327624836107;

45. 374327442018078;

46. 374327628647930;

47. 374327612587118;

48. 374327612451794;

49. 374327428480383;

50. FIS Serial #6000066657490;

51. FIS Serial #6000066657491; and

52. 6000071459075.

2.) Ninety-Four (94) Vanilla Gift Cards, containing a monetary amount between $0-$100, for the following account numbers:

1. 5154623006599833;

2. 5154624636257164;

3. 5154626001575195;

4. 5154622005248087;

5. 5154621070028317;

6. 5154621826293199;

7. 5154621841405364;

8. 5154622856644533;

9. 5154622828759773;

10. 5154624733013502;

11. 5154621852045182;

12. 5154624721813350;

13. 5154623015227137;

14. 5154623084738196;

15. 5154623012213387;

16. 5154623097336343;

17. 5154623066165004;

18. 5154623073234637;

19. 5154623035068404;

20. 5154621890097534;

21. 5154622821355926;

22. 5154622839145582;

23. 5154624742099773;

24. 5154624774765366;

25. 5154623092189192;

26. 5154623099270912;

27. 5154623028724872;

28. 5154623028038059;

29. 5154623036201400;

30. 5154623099861785;

31. 5154622867706131;

32. 5154621825823210;

33. 5154621829945969;

34. 5154624761777515;

35. 5154624727002321;

36. 5154622887344418;

37. 5154622860874837;

38. 5154622845390370;

39. 5154623011366392;

40. 5154624736060203;

41. 5154622832109908;

42. 5154624717168355;

43. 5154624777114950;

44. 5154624739780278;

45. 5154626023086585;

46. 5154626081124971;

47. 5154624620611566;

48. 5154623050114505;

49. 5154623050592023;

50. 5154623056043468;

51. 5154623012304657;
52. 5154623004022358;
53. 5154624725345516;
54. 5154624735348443;
55. 5154621099608776;
56. 5154621827757705;
57. 5154627071441888;
58. 5154622043772668;
59. 5154627869246044;
60. 5154621158933842;
61. 5154628757522512;
62. 5154626164290798;
63. 5154628772849791;
64. 5154628704537746;
65. 5154626152504895;
66. 5154628750120710;
67. 5154628777692097;
68. 5154627664989756;
69. 5154627807055101;
70. 5154627811457129;
71. 5154627826358346;
72. 5154627840446580;
73. 5154627809570495;

74. 5154628741938147;

75. 5154627822848936;

76. 5154626179118331;

77. 5154628752318726;

78. 5154626326720740;

79. 5154626306824272;

80. 5154626341594385;

81. 5154626378014786;

82. 5154626323053418;

83. 5154626617780098;

84. 5154626369596411;

85. 5154626356424049;

86. 4137291586 (UPC# 799366067010006277009803895725);

87. 4137291610 (UPC# 799366067010006277007574961528);

88. 4137291611 (UPC# 799366067010006277002502551939);

89. 4137291612 (UPC# 799366067010006277007723906374);

90. 4137291613 (UPC# 799366067010006277009403657509);

91. 4137291614 (UPC# 799366067010006277009146772078);

92. 4137291715 (UPC# 799366067010006277005955570454);

93. 4137291676  (UPC#799366067010006277000937682535); and

94. 1436179002 (UPC# 799366067000006277003909100320).

3.) (15) Wal-Mart Gift Cards, containing a monetary amount between

$0-$210, for the following account numbers:

1. 4351676022299550;
2. 4351676022299568;
3. 4351677017968233;
4. 4351677017953573;
5. 4351677017968225;
6. 4351674021451462;
7. 4351674021451652;
8. 4351672020604750;
9. 1758622339;
10. 1758626520;
11. 1922633865;
12. 1891841812;
13. SC87458603504225124;
14. SC87458603514151641; and
15. SC87458603512753588.

4.) Four (4) Multi-Pack Darden Gift Cards consisting of four cards each containing a monetary amount between $0-$15, for the following account numbers:

1. A100629677293

   (UPC# 799366754290006277004338864411);

2. A100629673609

   (UPC# 799366754290006277003328676959);

  3. A100629677294

   (UPC# 799366754290006277005632298296); and

  4. A100629673604

   (UPC# 799366754290006277001331746728).

5.) Two (2) Red Lobster Gift Cards containing a monetary amount between $0-$25, for the following account numbers:

  1. 7993666025100062770010380817260806; and

  2. 7993666025100062770029102136500.

6.) PlayStation Network Card containing a monetary amount between $0-$50, for account number: 3060030878;

7.) PlayStation Plus 1 year membership $49.99 for UPC# 799366084360006277004406239496; and

8.) PlayStation Store Gift Card, containing a monetary amount between $0-$50, for UPC# 799366084340006277004772520925.

## ELECTRONIC EQUIPMENT

1.) Toshiba Laptop Computer, Model A205-S5809, Serial #27312003Q;

2.) Power Inverter, Model: X175DM, Serial #0899006894;

3.) Miscellaneous Power Cords;

4.) HP Laptop Computer, Model HP15HA, Serial #CND406252Z;

5.) Samsung Cell Phone, Model SPH-M830, Serial #268435462809651377;

6.) Samsung Cell Phone, Model: Galaxy Note II, Serial

    #R38F11CF36K;

7.)   MetroPCS Cell Phone, Serial #HT23SX001385;

8.)   Samsung Cell Phone, Model: Note II, Serial #RVID50H544J;

9.)   Memorex Jump Storage Device; and

10.)   Magnetic Card Reader/Writer, Model MSR605, Serial #A514016413.

**MISCELLANOUS**

1.)   Weekly/Monthly Planner.

3. If any of the property described above, as a result of any act or omission of the defendant(s):

 (a)   cannot be located upon exercise of due diligence;

 (b)   has been transferred, sold to or deposited with, a third person;

 (c)   has been placed beyond the jurisdiction of the court;

 (d)   has been substantially diminished in value; or

 (e)   has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL

S/_____
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by: *[signature]*

ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of June, AD 2014.

*[signature]*
Deputy Clerk